# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TIMOTHY RYAN BOOKER                                        PLAINTIFF

v.                          No. 1:15-cv-77-DPM

LANCE BONDS, Sheriff, Stone County Jail;
JOE BEARDEN, Investigator, Stone County Jail;
BRENDA BRANSCUM, Administration, Stone
County Jail; and STONE COUNTY JAIL            DEFENDANTS

## ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). Booker's complaint will be

dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis*

appeal from this Order and accompanying Judgment will not be taken in

good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
18 September 2015