IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY RYAN BOOKER                                                          PLAINTIFF

v.                           No. 1:15-cv-77-DPM

LANCE BONDS, Sheriff, Stone County Jail;
JOE BEARDEN, Investigator, Stone County Jail;
BRENDA BRANSCUM, Administration, Stone
County Jail; and STONE COUNTY JAIL                                       DEFENDANTS

JUDGMENT

Booker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 September 2015